# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ROBERT LEE YATES, JR., <br><br> Petitioner, <br><br> v. <br><br> STEPHEN D. SINCLAIR, <br><br> Respondent. | NO. 13-cv-00842-RSM <br><br> ORDER GRANTING MOTION FOR STAY OF EXECUTION |

Based upon a review of the records and files herein and upon Petitioner's Motion for Stay of Execution, it is hereby ORDERED:

1. Petitioner has demonstrated the existence of at least one nonfrivolous ground for federal habeas corpus relief. Pursuant to Local Rule CR 104(h), Petitioner's application for a stay of execution is GRANTED.

2. The stay of execution shall continue until September 10, 2013.  If petitioner files a petition for writ of habeas corpus on or before September 10, 2013, the stay of execution shall continue until the Court issues a final judgment in this matter. If Petitioner does not file a petition on or before September 10, 2013, and does not obtain an extension for

good cause shown, the stay of execution shall terminate without further action by the Court on September 11, 2013.

3.     The Attorney General of Washington shall immediately notify Respondent Stephen Sinclair that this Court has issued a stay of Execution.

DATED this 14 day of May 2013.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE