1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9  ROBERT LEE YATES, JR.,

10                              Petitioner,

NO.  C13-0842 RSM

11        v.

ORDER GRANTING AGREED
MOTION RE SERVICE OF SUBPOENAS
FOR EVIDENTIARY HEARING

12  STEPHEN D. SINCLAIR,

13                              Respondent.

14

**THIS IS A CAPITAL CASE**

15        This matter having come before the Court on the Parties' Agreed Motion for Service

16  of Subpoenas for Evidentiary Hearing and the Court being fully advised, it is therefore

17  ordered:

18        The Parties Agreed Motion Re Service of Subpoenas for Evidentiary Hearing is

19  GRANTED.  It is hereby Ordered that the U.S. Marshal's Service, at the Government's

20  expense, shall timely serve the attached deposition subpoenas.  The Court authorizes the

21  payment of travel and subsistence fees for each fact witness.  The Clerk of the Court shall

22  send a certified copy of this Order to the U.S. Marshal's Office, at which point the U.S.

23  Marshal's Service will be directed to serve the subpoenas in a timely manner.  Once the

24

25  subpoenas have been served, the U.S. Marshal's Service shall return a confirmed copy of the

26  certificate of service to the Court, which will then be filed under seal.

*ORDER GRANTING AGREED MOTION – 1*
*C13-0842 RSM*

**Allen, Hansen, Maybrown**
**& Offenbecher, P.S.**
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681

1

2     Done this 15th day of February, 2017.

3

4

5     RICARDO S. MARTINEZ

6     CHIEF UNITED STATES DISTRICT JUDGE

7

8     Presented by:

9     s/Todd Maybrown

10    Todd Maybrown
      Allen, Hansen, Maybrown & Offenbecher, P.S.

11    Attorney for Petitioner

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

*ORDER GRANTING AGREED MOTION – 2*
*C13-0842 RSM*

**Allen, Hansen, Maybrown**
**& Offenbecher, P.S.**
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681