UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT LEE YATES, JR., | ) |
| | ) CASE NO. C13-0842RSM |
| Petitioner, | ) |
| | ) ORDER TO SHOW CAUSE |
| v. | ) |
| | ) **CAPITAL CASE** |
| STEPHEN D. SINCLAIR, | ) |
| | ) |
| Respondent. | ) |
| | ) |

On January 25, 2018, a bill proposing the abolition of Washington's death penalty was voted out of a state Senate committee, and is now advancing toward a Senate floor vote. Although the Court recognizes that there are several legislative hurdles to clear before getting to the state governor's desk for signature, including a review and vote in the House of Representatives, the Court also acknowledges that this bill appears to have more momentum than any in recent history in Washington State. The Court also acknowledges that current Washington State Governor Jay Inslee placed a moratorium on the death penalty, suspending the practice for as long as he is in office. Thus, the current habeas petition may ultimately be moot.

Accordingly, the Court hereby ORDERS all parties to SHOW CAUSE **no later than twenty-one (21) days from the date of this Order** why this Court should not stay the habeas petition for six months while the Washington legislature considers the bill.

ORDER
PAGE - 1

The current stay of execution remains in effect during the pendency of this matter, including any stays of the Petition set by the Court.

DATED this 5 day of February, 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2