UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT LEE YATES, JR.,

    Petitioner,

    v.

STEPHEN D. SINCLAIR,

    Respondent.

CASE NO. C13-842 RSM

MINUTE ORDER
**CAPITAL CASE**

The following Minute Order is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge:

Following the Washington State Supreme Court's opinion in *Washington v. Gregory*, No. 88086-7 (Wash. Oct. 11, 2018), the parties are directed to file a Status Report in this matter no later than **October 26, 2018**, advising the Court of the status of this action.

DATED this 12th day of October 2018.

WILLIAM McCOOL, Clerk

By: /s/ Paula McNabb
    Deputy Clerk

MINUTE ORDER